IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AZAD KHIZGILOV | Criminal No. 17-335 |

### DEFENDANT AZAD KHIZGILOV'S MOTION
### TO FILE SENTENCING SUBMISSION UNDER SEAL

The defense respectfully submits this motion on behalf of defendant Azad Khigilov to request, *with the consent of the Government*, that Mr. Khizigilov be permitted to file his sentencing submission under seal. The instant request is made for the following reasons:

1. Mr. Khizigilov is presently scheduled to be sentenced by this Court on September 24, 2021.

2. The defense intends to file a sentencing submission on behalf of Mr. Khizgilov on or before this Friday, September 17, 2021, which will contain sensitive personal information relating to the medical condition of both Mr. Khizgilov and others.

3. Because such sensitive information will be referenced throughout the entirety of Mr. Khizgilov's sentencing submission, the defense seeks permission to file the entire submission under seal.

4. The defense has conferred with Assistant U.S. Attorney Brendan Conway regarding this request, and he consents to it on behalf of the Government.

1

WHEREFORE defendant Azad Khizigilov respectfully requests that the Court grant this motion permitting Mr. Khizigilov to file his entire sentencing submission under seal.

Dated: New York, New York
September 15, 2021

Respectfully Submitted,

/s/ Chad Seigel
Chad D. Seigel (NY 2863470)
Tacopina & Seigel
275 Madison Avenue, 35th Floor
New York, NY 10016
(212) 227-8877

*Counsel for Defendant Azad Khizgilov*

cc:   AUSA Brendan Conway