IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 17-CR-335 (DSC) |
| AZAD KHIZGILOV | |

### ORDER OF THE COURT

AND NOW, this  16th  day of      September      2021, defendant AZAD KHIZGILOV having a Motion for Leave to File His Sentencing Submission under Seal and the Court having given the matter due consideration, IT IS HEREBY ORDERED that defendant Azad Khizigilov's motion is GRANTED.  Defendant Azad Khizgilov shall be permitted to file his entire sentencing submission under seal.

s/ David S. Cercone
HONORABLE DAVID S. CERCONE
United States District Judge

Case 2:17-cr-00335-DSC   Document 247   Filed 09/16/21   Page 2 of 2